UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHERYL D. RANGE,

    Plaintiff,

    v.                                  CASE NO. 8:07-CV-501-T-17MAP

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This case is before the court upon Defendant's Motion to Remand (doc. 15) pursuant to sentence six of 42 U.S.C. § 405(g) and § 1383(c)(3). Upon consideration of the motion, andthe grounds stated in support, it is

**RECOMMENDED** that the case be remanded to the Commissioner of Social Security for further administrative proceedings.

IT IS SO REPORTED at Tampa, Florida on December 3, 2007.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

Failure to file and serve written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date it is served on the parties shall bar an aggrieved party from a *de novo* determination by the District Court of issues covered in the report, and shall bar the party from attacking on appeal factual findings in the report accepted or adopted on appeal by the District Court except upon grounds of plain error or manifest injustice. 28 U.S.C. § 636(b)(1)(C); Local Rule 6.02; *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982) (*en banc*).

Copies furnished to:

The Hon. Elizabeth A. Kovachevich
Counsel of Record